Cleveland, etc., R. Co. *v.* Smith, Admx.—79 Ind. App. 697.

tingency which may or may not take place within lives in being, as provided by the Indiana statutes, the limitation is valid. *Jones* v. *Habersham* (1883), 107 U. S. 174, 2 Sup. Ct. 336, 27 L. Ed. 401.

We therefore hold that appellee's demurrer to the second paragraph of complaint was properly sustained; and that appellee's second paragraph of answer sets forth a good defense to appellants' first paragraph of complaint, and that the demurrer thereto was properly overruled.

Judgment affirmed.

---

## FORD *v.* FORD.

[No. 11,394. Filed November 21, 1922.]

From Marshall Circuit Court; *Reuben R. Carr,* Judge.

Action between Dorothy Ford and Allen Ford. From the judgment rendered, the former appeals. *Affirmed.*

*William J. Reed,* for appellant.
*Orville W. Nichols* and *Harley A. Logan,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY *v.* SMITH, ADMINISTRATRIX.

[No. 11,261. Filed May 12, 1922. Rehearing denied November 22, 1922.]

From Dearborn Circuit Court; *Charles A. Lowe,* Judge.

Action by Susie E. Smith, administratrix, against the Cleveland, Cincinnati, Chicago and St. Louis Railway Company. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*Frank L. Littleton, T. S. Cravens* and *Forrest Chenoweth,* for appellant.
*Estel G. Bielby* and *Richard L. Ewbank,* for appellee

DAUSMAN, C. J.—This is a second appeal. *Smith, Admx.,* v. *Cleveland, etc., R. Co.* (1917), 67 Ind. App. 397, 117 N. E. 534. The only alleged error presented, which has not been settled by the law of the case as announced in the opinion in the former